619-07PJG/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Pamela L. Schultz (PS 8675)



JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SEA WITCH MARITIME LTD.,    07 CV 11409

               Plaintiff,

                                               **RULE 7.1 STATEMENT**

   -against-

MCV EGYPT S.A. a/k/a MANUFACTURING
COMMERCIAL VEHICLES,
               Defendant.
------------------------------------------------------------x

    The Plaintiff, SEA WITCH MARITIME LTD. by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
       December 18, 2007

                                 FREEHILL HOGAN & MAHAR, LLP
                                 Attorneys for Plaintiff
                                 SEA WITCH MARITIME LTD.,

             By: _____
                               Peter J. Gutowski (PG 2200)
                               Pamela L. Schultz (PS 8675)
                               80 Pine Street
                               New York, NY 10005
                               Telephone: (212) 425-1900
                               Facsimile: (212) 425-1901