UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
SEA WITCH MARITIME LTD,

        Plaintiff(s)
   V.                           07-cv-11409 (LAK)

MCV EGYPT S.A.,
        Defendant(s).
------------------------------x

**ORDER**

A pretrial conference having been held on February 28, 2008, it is hereby, ORDERED that the Clerk of Court shall place this case on my suspense docket.

Dated: March 5, 2008

                                                      Lewis A. Kaplan
                                           United States District Court

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08